**In the Matter of: Horace E. WILSON; Alyne Dale Wilson, Debtors.**

**Horace E. WILSON; Alyne Dale Wilson, Appellants,**

v.

**Brent BRYAN; Jennifer Bryan Barber, Appellees.**

No. 97–30947.

United States Court of Appeals, Fifth Circuit.

July 21, 1999.

David L. Neeb, Metairie, LA, for Appellants.

Randolph Alexander Piedrahita, Due, Caballero, Perry, Price & Guidry, Baton Rouge, LA, for Appellees.

Before POLITZ, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:

In response to a question we certified, the Louisiana Supreme Court has definitively ruled that dairy cattle are not exempt from seizure as tools or instruments of a dairy farmer's trade under Louisiana R.S. 13:3881(A)(2). Accordingly, the judgment appealed herein is AFFIRMED.